**EXHIBIT A**

# Bureau of Prisons
## Health Services
## Consultation Request

| Inmate Name: HARRISON, BRUCE WAYNE | Reg #: 18373-018 | Complex: COX |
|---|---|---|
| Date of Birth: 11/21/1951 | Sex: M | |

**Consultation/Procedure Requested:** Optometry
**Subtype:** Onsite
**Priority:** Routine
**Target Date:** 11/01/2017

**Reason for Request:**
  od 20/60
  os 20-60
  Hx Presbyopia, hyperopia, astigmatism, family history of glaucoma, corneal scarring OS; saw ophthalmology Dec 2016 who requested follow ups PRN.

**Medications (As of 03/08/2018)**
  Naproxen 500 MG Tab  Exp: 08/28/2018  SIG: Take one tablet (500 MG) by mouth twice daily with food AS NEEDED "Chronic Care Verified"
  Tamsulosin HCl 0.4 MG Cap  Exp: 03/01/2019  SIG: Take one capsule (0.4 MG) by mouth at bedtime

**Allergies (As of 03/08/2018)**
  No Known Allergies

**Health Problems (As of 03/08/2018)**
  Anxiety state, unspecified, Dermatophytosis of unspecified site, Hyperplasia of prostate, unspec, w/o urinary obstr, Contact and allergic dermatitis of eyelid, Other anomalies of toes, Seborrhea, Fitting and adjust of dental prosthetic device, Low vision, both eyes, NOS, Fitting and adjust of dental prosthetic device, Fitting and adjust of dental prosthetic device, Corns and callosities, Calcaneal spur, Oth and unspec diseases of the oral soft tissues, Tinea nigra, Dizziness and giddiness, Abdominal pain, Unspec local infection of skin and subcutan tissue, Abnormal liver function study, Plantar fascial fibromatosis, Finger(s), open wound, w/o complication, Acute sinusitis, Nausea, Pain in unspecified hand, Superficial injury of hip, Cervicalgia, Low back pain, Corns and callosities

**Inmate Requires Translator:** No  **Language:**
**Additional Records Required:**

**Comments:**
**Requested By:**  Li, Richard MD
**Ordered Date:**  10/20/2017 10:00
**Scheduled Target Date:** 11/01/2017 00:00
**Level of Care:**  Medically Necessary - Non-Emergent

---

\* Vision:
  moderate to normal range
  Independence
  modified Independent
  Hearing
  Impaired - unclassified

① CVD w/ bradycardia
② B/L leg edema
③ severe degenerative disc disease of the neck (C4-C7)
④ Prostate cancer
\* ⑤ Low vision, Bilaterally
⑥ Abnormal Liver function exam (test).
⑦ Sinusitis
⑧ Cornea scarring
⑨ Glaucoma



## FCI Coleman COM

| | | | |
|---|---|---|---|
| Patient: | **HARRISON, BRUCE WAYNE (Male)** | DOB: | |
| Register#: | **18373-018** | Age: | 64 |
| Date: | 10/05/16 10:50 | Status: | OP |
| Slicecount: | 2 | | |
| History: | severe left side neck pain | | |
| Priors: | | | |
| Exams: | FILM C SPINE | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: | 202#BOP469602511 | | |

**Final Report**

**CERVICAL SPINE**

**Indication:** Severe left-sided neck pain

**Technique:** 2 views of the cervical spine.

**Comparison:** None

**Findings:** The cervical spine is visualized from C1-T1. There is severe degenerative disc disease throughout the cervical spine from C4-C7, with disc space narrowing, endplate sclerosis, anterior osteophyte formation, and vertebral body deformity. There is moderate degenerative disc disease at C3-C4 and C7-T1. The predental space is within normal limits. There is no prevertebral soft tissue swelling. No acute fracture. There is straightening of the normal lordotic curvature of the cervical spine.

**Impression:** Severe degenerative disc disease throughout the cervical spine from C4-C7, with straightening of the cervical spine. No acute fracture.

Radiologist:          Patrick Choi, M.D.

Study ready at 10:50 and initial results transmitted at 20:12