UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:94-cr-220-KKM-AEP

BRUCE WAYNE HARRISON

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR COMPASSIONATE RELEASE

The United States respectfully requests an extension of time of three weeks, until June 25, 2025, to file its response to Bruce Wayne Harrison's motion for compassionate release or sentence reduction. *See* Docs. 3099, 3102.

The United States' response is currently due on June 4, 2025, and I do not yet have the information necessary to respond appropriately to the motion pursuant to the Court's Order to respond. Doc. 3102. In addition, I am currently preparing for trial scheduled to begin next week in the Southern District of Florida on a conflict case. The trial may continue into the week of June 16, 2025. Consequently, I need additional time to respond appropriately to the motion.

### MEMORANDUM OF LAW

A motion for an extension of time to engage in an action is committed to the sound discretion of this Court. Thus, this Court, in its discretion, may order a period enlarged if a request demonstrating good cause is made prior to

the expiration of the period originally prescribed. Fed. R. Civ. P. 6(b); Fed. R. Crim. P. 45(b).

THEREFORE, the United States respectfully requests an extension of time of three weeks, until June 25, 2025, to file its response to Bruce Wayne Harrison's compassionate release motion.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/ E. Jackson Boggs Jr.*
E. Jackson Boggs Jr.
Assistant United States Attorney
USA No. 080
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jackson.Boggs@usdoj.gov

U.S. v. HARRISON          Case No. 8:94-cr-220-KKM-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Hector Lora
    Counsel for Bruce Wayne Harrison

                              *s/ E. Jackson Boggs Jr.*
                              E. Jackson Boggs Jr.
                              Assistant United States Attorney
                              USA No. 080
                              400 N. Tampa Street, Suite 3200
                              Tampa, Florida 33602
                              Telephone:   (813) 274-6000
                              Facsimile:   (813) 274-6358
                              E-mail:      Jackson.Boggs@usdoj.gov