UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA

UNITED STATES OF AMERICA,      Case No: 8:94-cr-220-SCB-MAP-5

*Plaintiff,*

v.

BRUCE WAYNE HARRISON,

*Defendant.*

**MOTION FOR LEAVE TO FILE REPLY**

Defendant, BRUCE WAYNE HARRISON, through counsel, moves for the entry of an Order granting leave to file a Reply to Plaintiff's Response to his Motion for Compassionate Release, and in support submits the attached Declaration of Erin McCampbell Paris.

Dated the 27th day of June 2025     Respectfully submitted,

By:    */s/ Hector E. Lora*
Hector E. Lora, Esq.
Florida Bar No. 755842
**MAURICE WUTSCHER, LLP**
1801 N.E. 123 St., Suite 314
North Miami, FL 33181
Telephone: (786 553-8082
E-mail: hlora@mauricewutscher.com

Erin McCampbell Paris (NY Bar No. 4480166, *pro hac vice application forthcoming*)
**MAURICE WUTSCHER, LLP**
50 Fountain Plaza
Buffalo, New York 14202
Telephone: (716) 261-4703
eparis@mauricewutscher.com

*Attorneys for Bruce Wayne Harrison*

## Certificate of Service

I hereby certify that on the **27th day of June 2025** a true copy of the foregoing was served on all interested parties via CM/ECF.

s/ <i>Hector E. Lora, Esq.</i>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA

UNITED STATES OF AMERICA,
                      *Plaintiff,*

v.
                                                                 Case No: 8:94-cr-220-SCB-MAP-5

BRUCE WAYNE HARRISON,
                      *Defendant.*

## DECLARATION OF ERIN MCCAMPBELL PARIS

I, Erin M. Paris, hereby declare and state as follows under penalty of perjury:

1.     I am an attorney at law, licensed to practice in the State of New York. My application for pro hac vice admission for this matter will be filed forthwith. I am counsel for Bruce Wayne Harrison in the above-captioned case. Unless otherwise stated, I have personal knowledge of the matters in this declaration.

2.     I respectfully submit this declaration in support of Mr. Harrison's motion for leave to file a reply brief in support of his motion for compassionate release ("Motion"), as well as his request for a deadline for the reply of September 5, 2025.

3.     There are several reasons why a reply is necessary here. First, the resolution of this Motion is of the highest importance to Mr. Harrison. He is 73-years old, and although he has served more than 30 years of his 49-year sentence, without relief, he likely will die in custody. Because this Motion is so important to his ability to be reunited with his family during his final years of life, leave to file a reply should be granted.

4.     Second, in its opposition to the Motion, the government has staked out the position that (i) the Sentencing Commission lacked the authority to promulgate the Guideline upon which Mr. Harrison relies; and (ii) certain issues raised in Mr. Harrison's Motion are issues of first impression within the Eleventh Circuit, which also are the subject of a circuit split.

Page **3** of **5**

5. Critically, in signing the First Step Act, a landmark criminal reform law aimed at making the criminal justice system fairer to all, President Trump was widely praised for accomplishing much needed and sweeping sentencing reform. Since then, some courts have embraced the spirit of the First Step Act to ensure that justice is done, but others have not. In fairness, Mr. Harrison should have the opportunity to address arguments about the proper scope of the First Step Act, as well as the Sentencing Commission's revised Guidelines, in a reply.

6. Finally, the opposition misstated the sentence that Mr. Harrison received in 1995 and what he would receive today. Mr. Harrison should have the opportunity to respond to this statement, as well as the government's discussion of the 3553(a) factors, which focused exclusively on events that occurred more than 30 years ago, and ignored the documented progress Mr. Harrison has made in his 30-plus years of incarceration.

7. Mr. Harrison respectfully moves for leave to file a reply brief on September 5, 2025.

8. Mr. Harrison's undersigned counsel has several pre-existing deadlines that prevent her from filing a reply prior to September 5, 2025. Among other deadlines, Mr. Harrison's counsel has a July 30, 2025 deadline to file an opening brief for a client in a complex, multi-defendant appeal in the Court of Appeals for the Ninth Circuit. Counsel also has an August 11, 2025 deadline to file a petition for a writ of certiorari in the United States Supreme Court. No extensions of that deadline can be taken. If counsel is able to file Mr. Harrison's reply prior to September 5, 2025, counsel will do so, but respectfully requests that deadline to ensure that counsel has sufficient time to allocate to this important reply.

9. Mr. Harrison respectfully requests leave to file a reply on September 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 27th day of June 2025, at Buffalo, New York.

/s/ *Erin McCampbell Paris*
Erin McCampbell Paris

Erin McCampbell Paris (NY Bar No. 4480166, *pro hac vice application forthcoming*)
**MAURICE WUTSCHER, LLP**
50 Fountain Plaza
Buffalo, New York 14202
Telephone: (716) 261-4703
eparis@mauricewutscher.com

*Attorneys for Bruce Wayne Harrison*