UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

BRUCE WAYNE HARRISON,

*Defendant.*

Case No: 8:94-cr-220-KKM-AEP

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 3.01(h) of the Middle District of Florida Local Rules, Bruce Wayne Harrison respectfully requests oral argument on his Motion for Compassionate Release (Dkt. 3099). Defendant respectfully submits that his Motion should be granted without oral argument; however, should this Court disagree, he respectfully requests oral argument. Defendant anticipates that no more than one hour would be needed for the argument.

Dated: August 20, 2025

Respectfully submitted,

By: */s/* Hector E. Lora
**MAURICE WUTSCHER, LLP**
1801 N.E. 123 St., Suite 314
North Miami, FL 33181
Telephone: (786) 553-8082
hlora@mauricewutscher.com

Erin McCampbell Paris (NY Bar No. 4480166, *pro hac vice application forthcoming*)
**MAURICE WUTSCHER, LLP**
50 Fountain Plaza

Buffalo, New York 14202  
Telephone: (716) 261-4703  
eparis@mauricewutscher.com

*Attorneys for Bruce Wayne Harrison*

## Certificate of Service

I CERTIFY that on the **20th day of August 2025** a copy hereof was served on all interested parties via the Court's Case Management/Electronic Case Filing ("CM/ECF") system.

s/ *Hector E. Lora*