UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA

UNITED STATES OF AMERICA,
                        *Plaintiff,*

v.

BRUCE WAYNE HARRISON,
                        *Defendant.*

Case No: 8:94-cr-220-KKM-AEP

## NOTICE OF COMPLIANCE

I, Erin McCampbell Paris, hereby certify that I have paid the fee for Special Admission to practice in this action. I further certify that I have filed for *pro hac vice* ECF e-filing privileges for practice in this action.

Dated:     September 9, 2025

                                        Respectfully submitted,

                              By:    */s/* Erin McCampbell Paris
                                           MAURICE WUTSCHER, LLP
                                           50 Fountain Plaza
                                           Buffalo, New York 14202
                                           Telephone:  (716) 261-4703
                                           eparis@mauricewutscher.com

                                           *Attorneys for Bruce Wayne Harrison*